FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 8 2022

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
By: TAMMY H. DOWNS, CLERK
DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DIST ARKANSAS

2022 NOV 18  A 10: 01

TAMMY H. DOWNS

*CLASS ACTION*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_CENTRAL_ DIVISION

CASE NO. _4:22-cv-895-JM-ERE_
_896-942_
+ additional

Jury Trial: ☑ Yes ☐ No
(Check One)

I.    Parties

4:22-cv-01182-JM-ERE

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Paul Criswell_
PLRDF ADC # _253307_

Address: _3201 W. Roosevelt Rd., Little Rock, AR 72204_

Name of plaintiff: _Jeffrey McEwen_
ADC # _188650_

Address: _329 W. Roosevelt Rd Little Rock AR 72204_

Name of plaintiff: _Incorporate all Names listed here with on Page 4a-d_
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _(FNU) Higgins_

Position: _Sheriff_

Place of employment: _Pulaski County_

Address: _3201 W. Roosevelt Rd., LR, AR 72204_

Name of defendant: _(FNU) Calvin_

Position: _Captain_

This case assigned to District Judge **Moody**
-4a- and to Magistrate Judge **Ervin**

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC § 1983

CLASS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:22-CV-8__ to ___ JM-FaRE

I.   Parties

Please add the following names 6he to the complent "Filed" Sep 28, 2022, and incorporate all issues presented and attached.

A

| # | Name | PER DF # | Signature |
|---|------|----------|-----------|
| 47 | James B. McFadin | 155106 | James B. McFadin |
| 48 | Keith Kirtley | 199082 | Keith Kirtley |
| 49 | Harley Marsh | 260000 | Harley M |
| 50 | Leon George Williams | 156155 | Leon George Williams |
| 51 | Aaron J. Dillard | 253807 | Aaron J. Dillard |
| 52 | Travis D. Clary | 157909 | Tis Clay |
| 53 | Key'shawn Crook | 208105 | Key'shawn Crook |
| 54 | Brandon Coffey | 250948 | Brandon Coffey |
| 55 | Rodael Smith | 109226 | Rodael Smith |
| | Antreal Vinson | 263901 | A. Vinson |
| | Sam Edwards | 254600 | Sam Edwards |
| | Scotty McClina | 84987 | Scotty McClina |
| | Travis Brown | 108643 | T a B |
| 66 | Maurice Williamson | 102884 | Maurice Williamson |
| | Michael Ellis | 18570 | M E |
| | Nikisha Jackson | 47517 | Nikisha Jackson |
| | Richard O Smith | 80625 | Richard O Smith |
| | James Edwin Allen | 54167 | James Edwin Allen |
| 65 | Frankie Webb | 252060 | Frankie Webb |
| | Cag Perry | 256288 | Clay Perry |
| | Ross Haught | 1857 | Ross Haught |
| 68 | Damitriue Williams | 163415 | Damitriue Williams |

Continued on P.2

B    Name of defendant   Higgins (FNU)

Position   Sheriff

P. 4 bA

| Name Larrymon Cool | PCRDF # | Signature |
|---|---|---|
| Larrymon Cool 3 | 18339 | |
| Kevin Lemous | 115308 | Kevin Lemous |
| Patrick Aryett | 251024 | Patrick Aryett |
| Aaron Cromwell | 261446 | |
| Donnell Jackson Jr | 255465 | Donnell Jackson Jr |
| Lonnie Bass | 54296 | Lonnie Bass |
| LAMARCUS Strong | 155893 | L.S |
| Michael Dale Gratham | 255664 | Michael Dale |
| Robert Rattles | 144148 | Robert Battler |
| JAMES SICCKSON | 251009 | James |
| Christopher McDonald | 61544 | Christopher McGee |
| Je'Marius Johnson | 255851 | DeMa |
| Johnathan D. Taylor | 284-646 | |
| Laron Evans | 259680 | Laron Evans |
| Steven Baker | 206964 | Steven Baker |
| Darron Deauan Morgann | 250824 | Darron Deauan Morgan |
| Decarlus Shelton | 250955 | Decarlus Shelton |
| Verna Dean Butler | 68869 | Verna Butler |
| Quinton Lamar Simmons | 195811 | Quinton Lamar Simmons |
| Damian Ingram | 253592 | Damian Ingram |
| Ryan Butler | 251639 | Ryan Bu |
| Christopher Harrell | 195975 | Chris Harrell |
| Bruce Sanford | 258828 | Bruce Sanford |
| Steven Pilgrim | 121496 | Steven Pilgrim |
| Kentya D. Rich | 113029 | Kentya Rich |
| Lavar White | 178114 | Lavar white |
| Linsel Hill Jr | 900715 | Linsel Hill |
| Jake Small | 111117 | |
| Anthony Miller | 158227 | Anthony Miller |
| Willie Townsend | 217939 | Willie Townsend |

P. 2 4c

| | Name | Book / Number | Signature |
|---|---|---|---|
| 1 | Marcus Washington | 149540 | Marcus L. Washington |
| 2 | Anthony Miller | 138227 | Anthony Miller |
| 3 | Willie Williams | 00289-22 | Willie W. Oleg |
| 4 | Andrew Alexander | 101590 | Andrew Alexander |
| 5 | Revis Perry | 158631 | No Rus |
| 6 | Wardell Woods | 167937 | Wardell Woods |
| 7 | Bryan Carroll | 261346 | Bryan Carroll |
| 8 | Aaron Bettger | 208526 | Br B |
| 9 | Tracy Cottrell | 172289 | Tracy Cottrell |
| 10 | Santiago Pechaco | 217675 | Santiago Pacheco V |
| 11 | Bralyn Gaines | 200625 | Burly Gaines |
| 12 | Pedro Ramirez | 216422 | Pedro Ramirez |
| 13 | Derrick Frazier | 215438 | D.F. Jo |
| 14 | Roblas, Joshua | 8737 | J. Rob |
| 15 | Mychel Walter | 180554 | Mykal Walter |
| 16 | Derek Edwards | 265309 | Derek Edward |
| 17 | Ronald Timothy Johnson | 257668 | Ronald Timothy Johnson Jr |
| 18 | Calvin T. Everhart Jr | 215678 | Calvin J. Everhart J. |
| 19 | Rudy Rudolph Eagle | 881708 | Rudolph Eagle JA |
| 20 | Fuquawn Soly | 261947 | Jeffrey |
| 21 | Bradley McKaly | 161126 | Bradley M. Shely |
| 22 | Juan Contreras | 265368 | |
| 23 | Gerald Sanders | 8700108 | Gerald Sanders |
| 24 | James Teke | 72292 | James Drier |
| 25 | Alan Thompson | 265410 | Alan Thompson |
| 26 | Travon Rae | 10503 | Travon Rae |
| 27 | Justin Brown | 126851 | Justin Brown |
| 28 | Aaron Bell | 252918 | Aaron Bell |
| 29 | Temlin Naace | 128696 | Tomlin Naace |
| 30 | Brandon Palmer | 264875 | Brandon Palmer |
| 31 | Derrick Allen Ross | 167800 | Derrick R. Ross |
| 32 | Faizaun Tyler | 256846 265816 | Faizaun Tyler |
| 33 | Wilbur Brown Jr | 102214 | Wilbur Brown JR. |
| 34 | Germaine Tilman | 189468 | Germaine Tilman |
| 35 | Faiquan Meredith | 212373 | Jaija |
| 36 | Carlton Johnson | 213201 | Carlton Jo |
| 37 | Keri Hickey | 215731 | Keri Hickey |
| 38 | Christopher Grilliam | 254129 | Christopher Grilliam |
| 39 | Kaleem Barnes | 264581 | Kaleem Barnes |
| 40 | Ty Clement | 264681 | Ty Clement |
| 41 | John Wesley Smith | 127128 | J. |
| 42 | Jeremiah McDaniel | 250201 | Jeremiah McDaniel |
| 43 | Jeremiah McDaniel | 250201 | |
| 44 | Adam Webb | 202302 | Adam Webb |
| 45 | Edward Arnel Harper | 153914 | Edward Harp |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |

Page 4d

Sgt (FNU) Mathis     Lt Allen (LFNU)
Sgt Musselle (CFU)
Major (FNU) Thompson
Sgt Lattimore (FNU)
Sgt (FNU) Hunter
Deputy (FNU) Horton
Deputy (FNU) Patello
Deputy (FNU) Husky
Deputy (FNU) Jackson
Lt (FNU) Nelson
Major (FNU) Rose
Chief (FNU) Hendrine
Deputy (FNU) Herron
Deputy (FNU) Harrison
Sgt (FNU) Yakimoview
Deputy (FNU) Reed
Deputy (FNU) Marshall
Deputy (FNU) Jones
Deputy (FNU) Arce
Deputy (FNU) Jackson Ms
Deputy (FNU) Allaway
Deputy (FNU) Stovall
Deputy (FNU) Whitly

(Angie LNU: Mailroom) (Trinity Food Service Deany Brown)

Place of employment: Pulaski County Detention Facility

Address: 3201 Roosevelt Rd, LR AR 72204

Name of defendant: M (FNU) Thompson

Position: Major

Place of employment: PCRDF

Address: 3201 W Roosevelt Rd, LR, AR 72204

Name of defendant: Unknown Deputies (DOES)

Position: Housing Unit Officers Deputys

Place of employment: PCRDF

Address: 3201 W Roosevelt Rd, LR AR 72204

II.     Are you suing the defendants in:

☐     official capacity only
☐     personal capacity only
☑     both official and personal capacity

III.    Previous lawsuits

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___     No ✓

B.     If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐     Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

Yes ✓   No _____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Inmate Handbook - the Inmates "are Entitled to Humane treatment."</u>

1.) <u>Rule 4 "Inmates are required to Shower Daily" On Page 12 Handbook</u>

<u>"You will be allowed at least one [1] hour of Out-of-cell recreation daily."</u>

"Code 2a Facilities" Stops all Recreation/Movement/showers/No out

of Cell Exercise/Nothing but Sitting in cell or on bunk, 20 days in

June/16 day July/15 August/16/Sept. The deputies are

told not to let anyone out of cells/off bunks FED RCV.P 20(a)(2) <sup>This is an occurrence throughout the Facility where every is under the Same Restr</sup>

*[Left margin, rotated:] ALL My Notes on specific days where Thrown out/Taken in Shakedown 10/28/22 @ 3:30 pm I had made Notes on Newspaper which my Paper was unavailable.*

2) <u>Religious Services</u> - New Policy - unwritten - enforce by directive

that No gathering even if for Religious, Officers are instructed to disburse

This occurrence is throughout the Facility which constitutes series of occurrences

each time I and others gather to conduct Religous activities. Common Practice

3) <u>Mail</u> - Inmate Handbook, P.12, "is an established right" under Mail Regulations

"important for maintaining order within the Facility." No Mail is allowed to enter ~~enter~~

the Facility; including Religous, Legal materials. This <sup>is</sup> ~~as~~ a series of trans-

actions and continued occurrences to all defendants common to ~~stay~~ <sup>Single</sup> Mailroom

returning all mail or disposing (meaning some mail not given to individuals nor returned <sup>meaning</sup>

common to all) even if that mail simply contains a Money Order where the money

disappears.

*[Left margin, rotated:] Here The Occurrence of Mail is common to all defendants Hence the Injunctive relief For Notice of Return mail at which The decision to dispose of being up to Inmate Policy/decision*

-7a-

<u>Screening:</u>

Rule 23. Class Actions

a) Prerequisites. One or more members of a class may sue or be sued as representative parties on behalf of all members only if:

1) the class is so numerous ~~that~~ all member is impracticable; Here the actions of the Administration Officers Behind Closed doors initiate violation of Civil Rights throughout the facility where everyone becomes a party to the same transaction cause by the "Lockdown" mode of the Jail,

2) There are questions of law or fact common to the class: Due Process, Eighth Amendment Cruel+Unusual Punishment by denial of Recreation, First Amendment Religion

3) the claims of the representative parties are typical of the claims of the class: Everyone is effected by the conduct of Administration Actions not individual to specific Officers when Officers carry out instructive decisions imposed by Superiors.

4) the representative parties will fairly and adequately be protected by the representative interested parties of the class

b) Class Action maybe maintained if Rule 23(a) is satisfied and if:

1) Here the prosecuting separate ~~adjudicators with respect to~~ actions by individual class members would ~~establish~~ create risk of:

A) Inconsistent and varying adjudications with respect to individual class members that would establish standards of conduct for the party opposing the class

B) With respect to individual class members that interest would be substantially impaired or impeded in protecting other members individual adjudications

2) The injunctive relief requested ~~is from~~ of the opposing party apply generally to the ~~class~~ class as a whole

3) The questions of Law or fact are common to class that predominate over any questions affecting only individual members and class action is the Superior method for fairly and efficiently adjudicating the controversies presented. Pertinent matters to these findings include.

A) Class members' interest in individually controlling the prosecution is of differently controlling court time

B) No litigation has begun to warrant against class members

C) This Honorable court should desire the concentration of litigation to be under A CLASS Action Forum

D) The difficulties in management of this class are grouped in Actions/Inactions, Failures/Inaction and Clear Cut Parties of Administration of daily activities within the Jail Facilities

* Recreation is considered Time away from bunk sleeping quarters or cell confinement whether that time is inside or outside. The honorable Analy suggest Mr. Criswell was referring to Outside Recreation and a review of the original complaint DOES NOT Address the indication of OUTSIDE. IBSD

Screening Continued!

1) a. Eighth Amendment - Cruel & Unusual Punishment - Living Quarters 45' x 48' containing 78 inmates. National Jail Standards require 50 square feet per inmate. National Jail Standards require 50-55 square feet per inmate. The Plaintiff places 7 individuals who have signed with him all live in this living stor environment where tensions are high, Fights break out, safety of all individuals are in jeopardy.

Code 2A - Means the facility IS shutdown - No Recreation - Behind the doors are locked. Food brought to door the officer is unknown - 24 beds per tier - 24 hours in a day - 1 hour out for each inmate in a locked secure Sub-day room for use in a minimal movement. But Duty Officers do not exercise the use. The deputy leaves everyone throughout the facility locked behind doors depriving Supreme Court decisions for 23 and 1. Instead Everyone remains behind the cell doors up to and over 150 hours, with NO RECREATION, The deputies listed on page 4 & 5 have not provided the required 1 hour recreation.

b. Cruel and Unusual - Food - Rats - Roaches - Spoiled Meat - Bacteria - Mold - all in the kitchen. The food can not be eaten, when it is ate - Stomach viruses occur continuously. Everyone here has had it over and over again. This causes Rapid weight loss - starvation - Slow Death, Everyone is subjected to eating this Food containing Bacteria, Rat defecation, Roaches and the workers serve food Freezer burnt and outdated. Things that can be brought to light under interrogatories. The deputies listed on page 4 & 5 have each served food required to eat knowing each of rats, roaches mold and Bacteria is in the Food

2) The Sheriff issued a Policy that inmates/detainees can not gather in a group even if for Religious services. The deputies listed on page 4 and 5 have each stopped all individuals listed from gathering together for a religious meeting. I and we have been told not to practice any religious services; by the deputies listed

3) a. Code 2A - Means facility is shutdown from Movement - When this occurs, inmates are locked behind doors where no showers are available in cells - listed in section 1 of this purse.

b. Outdoor recreation is not available not at issue. Whoever read initial complaint is MISTAKEN and needs to re-read complaint and I identify where the word Outside/out doors is used; The word outdoor is used in the natural meaning of not inside the confines of the facility.

c. Mail is Not Allowed to be mailed to the Facility unless it comes from the Court.

d. There is no Law Library available here; it is closed.

4) I was pinned between 2 cars crushing my legs. I stood before this very court in my leg braces. I receive a mild pain killer, Ibuprofen - 800 milligram - to ease that Plus torn rotator Right arm, Right hand; Medical Staff charge 5.00 for 10 pill 200 milligram Ibuprofen And Other Inmate medication Runs at presentation And it is noted Refusal; OR Lights out at 9:30pm when Medical Staff comes around and does not wake up to medication stating I refused when asleep as ordered by Rules/Policy.

~ 7C ~

5) How has each guard directly affected me in their individual acts:
The intake officers Names unknown (I had no way to write down names) housed me in a room with 15 other individuals for 5 days, no recreation, No shower, no change of clothes.

6) Taken to C Unit in a Sub day* room cell with another individual; room 114. Then officers locked the door for 11 days officers on 3 shifts did not allow me or any Inmate out of the cell because Facilities 2A(3a). I had no pen, pencil, paper to write the names of officers. I was allow out for 4 days then placed back in cell for 14 days with no recreation when on both occasions the Sub-day room could have been utilized. Deputys Horton, Marshall, Stovall Callaway, Jackson, ABLE, Jones, Reed, Harrison, Herron, Jackson, Hoshs, Petello, Hunter did not allow the (1) one hour recreation time out of the cell to share cells. The deputies stated upon entering* with them verbally; being told it is the Shift Lieutenant; Nelson; Yakimovez; Lattimore; ALLEN. The orders are carried out by Sargents; Messidiar; Hunter; Nelson; Lattimore. When Major Thompson came to unit I requested to speak with him about Recreation, Mail, Showers and things listabove; He walked off. On October 3, 2022 @ 2:30 pm Sheriff Higgin and I conferred in W1-1 for 30 minutes about issues presented above. He stated He would Look into it with no changes implemented. Therefore, I have been through the administrative process to Sheriff

Higgins. I and others are getting sick, Loosing weight From Starvation, causing

Fights over food, locked in cells not getting showers, recreational* time, Captain Major Rose ordered Chief Hendrix to not allow Religious Services; Policy undocumented and there is No regulation to record outgoing legal mail; No certification or Return Receipt available to track mail and under Rule 23 Federal Rules Civil Procedure everyone is affected by the same actions of similar occurrence Mandating the Class Action.

Incorporate the initial Filing to this Amended Complaint and Incorporate Relief Sought; And all Names and signatures herewith

* Room is 12 x 12 not quite square but average

x Sub day is an area where showers are Located 15 x 12 with a table that can be locked and seperated

* Inmate Handbook Rules Page 24 "GRIEVANCE PROCEDURE" "steps... "(1)

# Recreational time is time out of cells or out of bunk areas to exercise or walk; To move about other than the 5'x3' area assigned as living Quarters.

-7d-

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

Injunctive: Kitchen to have brought up to Arkansas Jail Standards or serving temperature, Clean Food Prep Area, remove filth to remove rodent Breeding, exterminate Roaches Rats Rodents Reduce inmate population to safer level allowing Kitchen to maintain proper serving count Hire licensed Hazardous Material and Environmental Company to remove black Mold Look in to the Medical Services Provider for humane treatment of Inmates and investigate recent death in the intake unit along with the falsification of Medical records, Look Into failure to provide Personal Protect Equipment for inmates cleaning mold Have Structural Engineer to look at Building structural Damage/Cracks, Have inmates currently Housed at Pulaski County Regional Detention facility medically examined for injuries due to Mold find the long term effects of exposure and future Harm cause by its continued exposure $1,000 each to Inmates currently housed and forced to endure the extreme conditions existed here at PCRDF.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Provide a Law Library at NO COST To the inmate population

Executed on this  22  day of  Sepember  , 20 22 .


Earl Caswell
Chris Gieding

_____
Signature(s) of plaintiff(s)

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

Injunktive Relief: Kitchen brought up to Arkansas Jail Standards/being temperature/calorie count.
Clean Food prep Area/Remove filth. Find da Faltirs Facilities or Modify to allow (1) hour
of recreation per day/ Develop a Mail Log System to record out going Legal Mail/
1,000 per violation when found inmates rights violated/ Provide a Law Libriary

at no cost to inmate population

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _14_ day of _November_ , 20 _22_ .

_____
_____
Wilbur Brown
_____
Jeffrey McEwen
Signature(s) of plaintiff(s)

-8-

Earl Crandall 255808
3001 W Roosevelt
Little Rock AR 72204




US POSTAGE
$00.81º
First-Class

Mailed From 72204
11/15/2022
032A 0061864891

Clerk of the Court
United States District Courthouse
Eastern District of Arkansas
Central Division
Suite A149
600 W. Capitol Ave
Little Rock AR 72201-3325