IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DE'MARIUS JOHNSON** **PLAINTIFF**
**#255851**

V.      NO. 4:22-cv-001182-JM

**HIGGINS**, *et al*.      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE